UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

           v.                    11-mc-26-JL

<u>Vaughn V. Tamzarian</u>

### O R D E R

The taxpayer, Vaughn V. Tamzarian, is hereby ordered to obey the summons and to appear at IRS Office located at 1000 Elm Street, Suite 900, Manchester, New Hampshire, on October 7, 2011, at 9:00 a.m. before the Revenue Officer Jennifer Blair (or any other authorized Revenue Office of the IRS) to give testimony and produce all books and records in his possession or control required and called for by the terms of the summons of March 3, 2011.  It is further ordered that the government be awarded its costs.

      SO ORDERED.

September 2, 2011                        /s/ Joseph N. Laplante
                                                Joseph N. Laplante
                                                United States District Judge

cc:    T. David Plourde, AUSA
        Vaughn V. Tamzarian, pro se

Case 1:11-mc-00026-JL Document 5 Filed 09/02/11 Page 2 of 2